UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| HERBERT O. ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA MONICA, et al.,<br><br>　　　　　Defendants. | ) CV 11-10139-R (SH)<br>)<br>) ORDER ACCEPTING AMENDED<br>) REPORT AND RECOMMENDATION<br>) OF UNITED STATES<br>) MAGISTRATE JUDGE; and<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the Second Amended Complaint and other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

///

///

1

1  IT IS THEREFORE ORDERED that: (1) The Amended Report and Recommendation is approved and accepted; (2) Plaintiff's Motion for Summary Judgment is denied; (3) Defendants' Motion to Strike is denied; (4) Defendants' Motion for Summary Judgment is granted with respect to Plaintiff's First Cause of Action alleging an illegal traffic stop in violation of the Fourth Amendment only, and; (5) Defendants' Motion for Summary Judgment is denied in all other respects.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the Plaintiff and counsel for Defendants.

DATED: _December 18, 2013_

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE