LANE DILG, City Attorney
CAROL ANN ROHR, Deputy City Attorney
Bar No. 90012
carol.rohr@smgov.net
Telephone: (310) 458-8335
CATHERINE M. KELLY, Deputy City Attorney
Bar No. 213563
cathy.kelly@smgov.net
Telephone: (310) 458-8361
1685 Main Street, Room 310
Santa Monica, California 90401
Facsimile: (310) 451-5862

Attorneys for Defendants,
JUAN CORNEJO, JASON SALAS, EDUARDO DELGADO,
SCOTT MATSUDA and ANGELICA VEGA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT O. ALLEN JR.<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA MONICA, TIMOTHY J. JACKMAN, JAY TRISLER, T McLAUGLIN, SCOTT MATSUDA, JASON SALAS, EDUARDO DELGADO, JUAN CORNEJO, ANGELICA VEGA, JAY MOROSO, SGT. FMU CRAFTON, JOHN DOE LIEUTENANT SUPERVISOR<br><br>Defendants. | CASE NO.: CV 11-10139 R (GJSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based on the STIPULATION TO DISMISS ACTION WITH PREJUDICE entered into by the parties, Plaintiff, HERBERT O. ALLEN, JR. and Defendants, OFFICER JASON SALAS, OFFICER SCOTT MATSUDA, CUSTODIAL OFFICER JUAN CORNEJO, CUSTODIAL OFFICER EDUARDO DELGADO, and CUSTODIAL OFFICER ANGELICAVEGA, through their respective attorneys of record, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the within action be dismissed with prejudice in its entirety, with each party to bear his/her/their own costs and attorney's fees, including attorney's fees under 42 U.S.C. §1988, the

1

Court hereby orders as follows:

The within action is dismissed with prejudice in its entirety, with each party to bear his/her/their own costs and attorney's fees, including attorney's fees under 42 U.S.C. §1988.

**IT IS SO ORDERED**

DATED: December 6, 2017

By: _____
HONORABLE MANUEL L. REAL
Judge of the United States District Court

ORDER - STIPULATION OF DISMISSAL.DOCX